## IN THE COURT OF APPEALS OF THE STATE OF IDAHO

### Docket No. 39045

| | | |
|---|---|---|
| STATE OF IDAHO, | ) | 2012 Unpublished Opinion No. 482 |
| | ) | |
| Plaintiff-Respondent, | ) | Filed: May 18, 2012 |
| | ) | |
| v. | ) | Stephen W. Kenyon, Clerk |
| | ) | |
| THERON JOHNNIE TRACY, | ) | THIS IS AN UNPUBLISHED |
| | ) | OPINION AND SHALL NOT |
| Defendant-Appellant. | ) | BE CITED AS AUTHORITY |
| | ) | |

Appeal from the District Court of the Seventh Judicial District, State of Idaho, Bingham County. Hon. William H. Woodland, District Judge.

Judgment of conviction and unified sentence of ten years, with a minimum period of confinement of one year, for felony driving under the influence, affirmed.

Sara B. Thomas, State Appellate Public Defender; Diane M. Walker, Deputy Appellate Public Defender, Boise, for appellant.

Hon. Lawrence G. Wasden, Attorney General; Lori A. Fleming, Deputy Attorney General, Boise, for respondent.

_____

Before GRATTON, Chief Judge; LANSING, Judge;
and MELANSON, Judge

_____

PER CURIAM

Theron Johnnie Tracy was convicted of felony driving under the influence, Idaho Code §§ 18-8004(1)(a), 18-8005(9). The district court sentenced Tracy to a unified term of ten years, with a minimum period of confinement of one year, and imposed a $5,000 fine. Tracy appealed. He also filed an Idaho Criminal Rule 35 motion for a reduction of sentence, which the district court granted, reducing Tracy's fine to $3,000 and retaining jurisdiction. Following the period of retained jurisdiction, the district court suspended Tracy's sentence and placed him on supervised probation for five years. Tracy appeals, contending that his sentence and fine are excessive.

Sentencing is a matter for the trial court's discretion. Both our standard of review and the factors to be considered in evaluating the reasonableness of the sentence are well established and

1

need not be repeated here.  *See State v. Hernandez*, 121 Idaho 114, 117-18, 822 P.2d 1011, 1014-15 (Ct. App. 1991); *State v. Lopez*, 106 Idaho 447, 449-51, 680 P.2d 869, 871-73 (Ct. App. 1984); *State v. Toohill*, 103 Idaho 565, 568, 650 P.2d 707, 710 (Ct. App. 1982).  When reviewing the length of a sentence, we consider the defendant's entire sentence.  *State v. Oliver*, 144 Idaho 722, 726, 170 P.3d 387, 391 (2007).  Applying these standards, and having reviewed the record in this case, we cannot say that the district court abused its discretion.

Therefore, Tracy's judgment of conviction and sentence, including the fine, are affirmed.